```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 13397
    ROSIE L ANTHONY
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-3941


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/26/2007 and was not confirmed.

     The case was dismissed without confirmation 10/25/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------
OCWEN FEDERAL BANK         CURRENT MORTG       .00          .00             .00
OCWEN FEDERAL BANK         MORTGAGE ARRE       .00          .00             .00
FISHER & SHAPIRO           NOTICE ONLY    NOT FILED         .00             .00
FISHER & SHAPIRO           NOTICE ONLY    NOT FILED         .00             .00
COOK COUNTY TREASURER      SECURED          2550.00         .00             .00
INTERNAL REVENUE SERVICE   PRIORITY        41874.83         .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         673.64         .00             .00
CB USA INC                 UNSECURED      NOT FILED         .00             .00
CHASE RECEIVABLES          UNSECURED      NOT FILED         .00             .00
CITY OF CHICAGO WATER DE   UNSECURED      NOT FILED         .00             .00
COLLECTION COMPANY OF AM   UNSECURED      NOT FILED         .00             .00
ROUNDUP FUNDING LLC        UNSECURED         1762.56        .00             .00
FIRST NATIONAL BANK OF M   UNSECURED      NOT FILED         .00             .00
PREMIER BANKCARD           UNSECURED          377.49        .00             .00
HSBC NV                    UNSECURED      NOT FILED         .00             .00
HSBC NV                    UNSECURED      NOT FILED         .00             .00
M3 FINANCIAL SERVICES IN   UNSECURED      NOT FILED         .00             .00
MIDLAND CREDIT MANAGEMEN   UNSECURED      NOT FILED         .00             .00
NCO MARLIN                 UNSECURED      NOT FILED         .00             .00
VERIZON WIRELESS           UNSECURED      NOT FILED         .00             .00
VERIZON WIRELESS           UNSECURED      NOT FILED         .00             .00
OCWEN LOAN SERVICING       NOTICE ONLY    NOT FILED         .00             .00
INTERNAL REVENUE SERVICE   UNSECURED         5778.62        .00             .00
CITY OF CHICAGO WATER DE   SECURED NOT I      550.99        .00             .00
NEAL FELD                  DEBTOR ATTY       2,350.00                    984.70
TOM VAUGHN                 TRUSTEE                                        67.33
DEBTOR REFUND              REFUND                                           .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 1,052.03

PRIORITY                                        .00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 13397 ROSIE L ANTHONY
```

```
SECURED                                                            .00
UNSECURED                                                          .00
ADMINISTRATIVE                                                  984.70
TRUSTEE COMPENSATION                                             67.33
DEBTOR REFUND                                                      .00
                                   ----------------    ----------------
TOTALS                                     1,052.03            1,052.03
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
   Dated: 01/28/08          _____
                            TOM VAUGHN
                            CHAPTER 13 TRUSTEE